UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-00765 |
| | ) | Senior Judge Haynes |
| WESTERN EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 14) is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 27th day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge